**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01358-CV

### JUAN CRUZ, Appellant

### V.

### DEUTCHE BANK NATIONAL TRUST, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04351-C**

## ORDER

We **GRANT** appellant's July 6, 2015 third motion for an extension of time to file a brief

**TO THE EXTENT** that appellant shall file a brief **AUGUST 7, 2015**. We caution appellant

that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE